THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____
             (Rule Number/Section)

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Dandrea Michelle Turner | ) | |
|---|---|---|
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. CV20-00775-PHX-SMB |
| AIRPORT TERMINAL SERVICES | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: Dandrea Michelle Turner

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 04/19/2020

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ 0.00 | $ | $ 0.00 |
| Self-employment | $ | $ | $ | $ |
| Income from real property *(such as rental income)* | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

Attachment 7

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ | $ | $ | $ |
| Disability *(such as social security, insurance payments)* | $ | $ | $ | $ |
| Unemployment payments | $ | $ 800.00 | $ | $ |
| Public-assistance *(such as welfare)* | $ | $ | $ | $ |
| Other *(specify)*: | $ | $ | $ | $ |
| **Total monthly income:** | $ 0.00 | $ 800.00 | $ 0.00 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| AIRPORT TERMINAL SER | 3400 E SKY HARBOR DRIVE PHX AZ | DECEMBER 18,2018 | $ 1,800.00 |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| GREONDYKE TRANSPOR | 4907 S 35TH AVE PHX AZ 85041 | MAY 28,2018 | $ 4,000.00 |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BANK OF AMERICA | CHECKING | $ 0.00 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 189.00 |
| Other real estate *(Value)* | $ |
| Motor vehicle #1 *(Value)* | $ 8,000.00 |
|     Make and year: JEEP 2010 | |
|     Model: LIBRETY | |
|     Registration #: | |
| Motor vehicle #2 *(Value)* | $ |
|     Make and year: PLYMOUTH 1997 | 600.00 |
|     Model: VOYAGER | |
|     Registration #: | |
| Other assets *(Value)* | $ |
| Other assets *(Value)* | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0.00 | $ 0.00 |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☑ Yes ☐ No<br>Is property insurance included? ☑ Yes ☐ No | $ 895.00 | $ |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 650.00 | $ |
| Home maintenance *(repairs and upkeep)* | $ 250.00 | $ |
| Food | $ 400.00 | $ |
| Clothing | $ 100.00 | $ |
| Laundry and dry-cleaning | $ 80.00 | $ |
| Medical and dental expenses | $ 250.00 | $ |
| Transportation *(not including motor vehicle payments)* | $ 100.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* |  |  |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ 190.00 | $ |
|     Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments |  |  |
|     Motor vehicle: | $ 40.00 | $ |
|     Credit card *(name)*: | $ | $ |
|     Department store *(name)*: | $ | $ |
|     Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $ 2,955.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☑ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☑ No   (N/D)

    If yes, how much?  $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    Hello Your Honor, since termination I have been unemployed and I have filed unemployment to recieve benefits to sustain my husband and I. Who also is unemployed due to a Drunk Driver Accident while on the way home from work, he was almost killed. He sustained Brain Injury in the event of causing him to be off work year to date with no pay from his job or unemployment just food stamps. He is still treating at Banner for therapy. I was cut off Unemployment last friday waiting on the extentions promised by the President to no avai

12. Identify the city and state of your legal residence.
    PHOENIX ARIZONA

    Your daytime phone number:   (480) 843-6434

    Your age:  44   Your years of schooling:  14

    X *[signature]*   4/20/2020

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
Unemployment Insurance Program
PO BOX 29225 MAIL DROP 5895
PHOENIX AZ 85038-9225

UB-100 (02/20)

(520) 791-2722 Appeal Telephone
(602) 257-7063 Appeal Fax

Local Office No.   830
CLT ID             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
Claimant           KEITH B TURNER
Employer No.
Employer

KEITH B TURNER
3842 W GLENDALE AVE
PHOENIX AZ 85051-8234

Date       04/15/2020
Deputy No.      871

## DETERMINATION OF DEPUTY
### NOTICE TO CLAIMANT

You are not eligible for Unemployment Insurance from 03/15/2020 until eligibility conditions are met.

Ability to Work, A.R.S. 23-771.A.3,4, Health or Physical Condition, A.A.C. R6-3-52235.D

You are sick or have a disability that prevents you from looking for or accepting a job. You are not eligible because you are not considered able to work.

Exhibit A

### NOTICE TO EMPLOYER

**NOTICE TO ALL INTERESTED PARTIES - APPEAL RIGHTS**
This determination becomes final unless a written appeal is filed by telephone, by mail, by fax or in person within 15 calendar days after the mailing date shown at the top of this determination. If the last day of the appeal period falls on a Saturday, Sunday, or holiday, the appeal period will be extended to the next working day. Please see reverse for further information.

# ARIZONA DEPARTMENT OF ECONOMIC SECURITY
## Unemployment Insurance Program
### EXHAUSTION OF UNEMPLOYMENT INSURANCE BENEFITS

Date: 04/06/2020

CLT ID: 0011293805

DANDREA M TURNER
3842 W GLENDALE AVE
PHOENIX AZ 85051-8234

This letter is to inform you that your last Unemployment Insurance (UI) Benefit payment has now been issued. You have used up all UI benefits available. Please retain a copy of this letter for your records as it may be required if applying for other types of assistance.

If you obtain employment in the future and again become unemployed, you may wish to contact the Unemployment Insurance Program at that time regarding potential eligibility for benefits.

Employment Service assistance is available to all job seekers at https://www.des.az.gov

If you need assistance with food, rent or utilities you may wish to contact the Community Information and Referral 24 Hour Help Line:

By Phone:
2-1-1 within Arizona
877-211-8661 from anywhere
7-1-1 TDD (Arizona Relay)

By Internet at www.CIRS.org



Another helpful resource may be the Arizona Community Action Association at www.azcaa.org.



Exhibit B