# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Airport Terminal Services, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's application to proceed in District Court without prepaying fees or costs (Doc. 2).

**IT IS ORDERED** that the application for leave to proceed in forma pauperis, without prepayment of costs or fees or the necessity of giving security therefore is **granted**. Plaintiff shall be responsible for service by waiver or of the summons and complaint.

Dated this 23rd day of April, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge