IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Airport Terminal Services, et al., | |
| Defendants. | |

Pending before this Court is Plaintiff's Complaint (Doc. 1). The Court has previously granted Plaintiff's application for leave to proceed in forma pauperis (without prepaying fees or costs).

When an action is brought in forma pauperis, the Court must review the complaint to determine whether the action:

(i) is frivolous or malicious;

(ii) fails to state a claim on which relief may be granted; or

(iii) seeks monetary relief against a defendant who is immune from such relief.

See 28 U.S.C. § 1915(e)(2)(B).

Rule 8(a) of the Federal Rules of Civil Procedure requires that:

A pleading which sets forth a claim for relief, whether an original claim, counter-claim, cross-claim, or third-party claim, shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short

and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks. Relief in the alternative or of several different types may be demanded. But as the United States Court of Appeals for the Ninth Circuit has instructed, courts must "continue to construe pro se filings liberally." Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010). A "complaint [filed by a pro se prisoner] 'must be held to less stringent standards than formal pleadings drafted by lawyers.'" Id. (quoting Erickson v. Pardus, 551 U.S. 89, 94 (2007) (per curiam)). Liberally construed, Plaintiff has stated a claim for relief.

**IT IS ORDERED:**

1. Plaintiff's Complaint is screened to proceed. The Clerk of Court shall mail to Plaintiff a copy of this Order, and both summons and request for waiver forms for each defendant.

2. If Plaintiff does not either obtain a waiver of service of the summons or complete service of the Summons and Complaint on Defendants within 90 days of the filing of the Complaint or within 60 days of the filing of this Order, whichever is later, the action may be dismissed. Fed. R. Civ. P. 4(m).

Dated this 23rd day of April, 2020.

Honorable Susan M. Brnovich
United States District Judge