AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-20-775-PHX-SMB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AIRPORT TERMINAL SERVICES, INC**
was received by me on *(date)* **JULY 08, 2020**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **SCOTT WHALEY-STATUTORY AGENT**, who is designated by law to accept service of process on behalf of *(name of organization)* **AIR PORT TERMINAL SERVICES, INC** on *(date)* **JULY 10, 2020 AT 11:06AM**.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **55.00** for travel and $ **0.00** for services, for a total of $ **55.00**.

I declare under penalty of perjury that this information is true.

Date: **JULY 10, 2020**

*Server's signature*

**YESENIA FELICIANO, PROCESS SERVER LIC. NO. 8773**
*Printed name and title*

**P.O. Box 1763, Phoenix, AZ 85001**
*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED:

1. SUMMONS;
2. COMPLAINT FOR EMPLOYMENT DISCRIMINATION;
3. ORDER RE: NOTICE TO PARTIES;
4. NOTICE OF ELECTRONIC FILING.

THE STATUTORY AGENT IS: CT CORPORATION SYSTEM/ SCOTT WHALEY
3800 N. CENTRAL AVE., STE. 460
PHOENIX, AZ 85012

✓ FILED    ___ LODGED
___ RECEIVED    ___ COPY

JUL 1 6 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY