1   Deandrea Michelle Turner
2   3842 West Glendale
    Phoenix, Arizona 85051
3   Telephone: (480) 843-6434
    Dandreat9@gmail.com
4
5   Plaintiff Pro Se

6   Caroline Larsen, SBN 022547
7   Justin B. Caresia, SBN 034007
    OGLETREE, DEAKINS, NASH,
8   SMOAK & STEWART, P.C., #00504800
    2415 E. Camelback Road, Suite 800
9   Phoenix, Arizona 85016
    Telephone: (602) 778-3700
10  caroline.larsen@ogletree.com
11  justin.caresia@ogletree.com

12  Attorneys for Defendants Airport Terminal
13  Services, Inc.

14              **UNITED STATES DISTRICT COURT**

15                  **DISTRICT OF ARIZONA**

16  Dandrea Michelle Turner,              No. CV-20-00775-PHX-SMB

17              Plaintiff,                **JOINT MOTION FOR EXTENSION OF
                                          TIME FOR DEFENDANT AIRPORT
18      vs.                               TERMINAL SERVICES, INC. TO
                                          RESPOND TO COMPLAINT**
19
    Airport Terminal Services; Jeff          **(First Request)**
20  Luetkenhaus; and Issa Tajadin,

21              Defendants.

22

23          Plaintiff Dandrea Turner and Defendant Airport Terminal Services, Inc. hereby

24  jointly move the Court for an extension of time for Defendants to answer or otherwise

25  respond to the Complaint (Doc. 1) until after Plaintiff files an amended complaint.

26          Pursuant to Local Rule 12.1(c) and the Court's April 24, 2020 Order discouraging

27  Rule 12 motions (Doc. 10), the parties conferred in good faith regarding Defendant's

28  assertion that the Complaint fails to state a claim in several regards to determine if the

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

1  Complaint can be cured by a permissible amendment and avoid filing a motion to dismiss

2  pursuant to Federal Rule of Civil Procedure 12(b)(6).

3      Rule 15(a) permits a party to amend the complaint once as a matter of course within

4  21 days after serving it or within 21 days after service of a responsive pleading. It further

5  allows amended with the opposing party's written consent or with the court's leave.

6      The parties are also exploring whether this matter can be resolved without further

7  litigation activities, including the possibility of going to private mediation. The parties have

8  made preliminary inquiries into the availability of mediators. While private mediation dates

9  in August and September are sparse—two mediators the parties are considering have only

10  a handful of days available in August and September—should the parties agree to

11  mediation, the parties will endeavor to find a date in those months.

12      If the parties are unable to resolve this matter, Plaintiff will seek leave to file a First

13  Amended Complaint no later than September 30, 2020 (in the event that Defendant does

14  not provide written consent to the amendment).

15      Defendant will answer or otherwise respond to the First Amended Complaint within

16  14 days after service of the amended pleading, pursuant to Federal Rule of Civil Procedure

17  15(a)(3). This extension is in the interest of justice and will not prejudice either party.

18      A proposed Order is attached.

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

1    DATED this 31st day of July 2020.

2                                             DANDREA MICHELLE TURNER

3                                             By    s/Dandrea Turner (*w/permission*)

4                                                 Dandrea Turner
                                                  3842 W. Glendale

5                                                 Phoenix, AZ 85051
                                                  Plaintiff Pro Per

6

7

8                                             OGLETREE, DEAKINS, NASH, SMOAK &
                                                 STEWART, P.C.

9

10                                            By    s/Caroline Larsen

11                                                Caroline Larsen
                                                  Justin B. Caresia

12                                                2415 E. Camelback Road, Suite 800
                                                  Phoenix, Arizona 85016

13                                                Attorneys for Defendant Airport Terminal
                                                  Services, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of July 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. mail and e-mail on:

Deandrea Michelle Turner
3842 West Glendale
Phoenix, Arizona 85051
Dandreat9@gmail.com

Plaintiff Pro Se

s/Jessica Oliverson

43724240.2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

4