**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>Plaintiff,<br><br>vs.<br><br>Airport Terminal Services; Jeff Luetkenhaus; and Issa Tajadin,<br><br>Defendants. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court, having reviewed the parties' Joint Motion for Extension of Time to Respond to Complaint, and good cause shown,

IT IS ORDERED granting Plaintiff until September 30, 2020 to seek leave to file a First Amended Complaint (or to submit a First Amended Complaint with the written consent of Defendant Airport Terminal Services, Inc.). Defendant will answer or otherwise respond to the amended complaint within 14 days after service of the amended pleading, pursuant to Federal Rule of Civil Procedure 15(a)(3).

43724677.1