IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Airport Terminal Services, et al.,<br><br>　　　　　Defendants. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the parties' Joint Motion for Extension of Time to Respond to Complaint (Doc. 13) and good cause shown,

**IT IS ORDERED** granting Plaintiff until **September 30, 2020** to seek leave to file a First Amended Complaint (or to submit a First Amended Complaint with the written consent of Defendant Airport Terminal Services, Inc.). Defendant will answer or otherwise respond to the amended complaint within 14 days after service of the amended pleading, pursuant to Federal Rule of Civil Procedure 15(a)(3).

Dated this 3rd day of August, 2020.

Honorable Susan M. Brnovich
United States District Judge