9/30/2020

Dandrea Michelle Turner, Plaintiff, vs. Airport Terminal Services; Jeff Luetkenhaus; and Issa Tajadin, Defendants.

No. CV-20-00775-PHX-SMB

Motion for Extension for Amended Complaint

D' Andrea requests for a 45 day extension to file an amended complaint because she had brain surgery on 8/13/2020. She called opposing counsel multiple times in September to request an extension but there was no answer.

/s/ D'Andrea Turner

9/30/2020

Justin Caresia,
Opposing Counsel does not oppose this motion.
Attention: Attached Discharge Documents / Power of attorney medical

X FILED        ___ LODGED
___ RECEIVED   ___ COPY

SEP 3 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LRCivP5.4
            (Rule Number/Section)

Discharge Instructions Document                    TURNER, DANDREA MICHELLE - 9163842(SJH)

# St. Joseph's Hospital and Medical Center
## 350 W. Thomas Rd
## Phoenix, AZ 85013
## (602) 406-3000

## TURNER, DANDREA MICHELLE

**DOB:** 11/02/1975
**MRN:** 9163842(SJH)
**Visit Date:** 08/13/2020

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Lawton, Michael T MD
**Attending Physician -** Lawton, Michael T MD
**Consulting Physician -**
Staman, Marc J MD - Desert Hospitalist
**Lifetime Physician(PCP) -**
Marchbanks, Alan PA-C
**Referring Physician -** Lawton, Michael T MD

## Your Diagnosis

Aneurysm

## Discharge Vitals

**Temperature** 37.5 °C (Oral)  **TMIN** 36.8 °
C (Oral)  **TMAX** 37.5 °C (Oral)  **Heart
Rate** 65  **Respiratory Rate** 17  **Blood
Pressure** 130/90

## HEALTH CARE POWER OF ATTORNEY

I, ___D'ANDREA TURNER___, as Principal, designate ___KEITH TURNER___ as my agent for all matters relating to my health care, including without limitation, full power to give or refuse consent to all medical, surgical, hospital and related health care. This Power of Attorney is effective upon my inability to make or communicate health care decisions. All of my agent's actions under this power during any period when I am unable to make or communicate health care decisions or when there is uncertainty whether I am dead or alive have the same effect on my heirs, devisees and personal representatives as I were alive, competent and acting for myself.

If my agent is unwilling or unable to serve or continue to serve, I hereby appoint _____ ___D'LEAH WILSON___ as my agent.

I have _____ I have not ___X___ completed and attached a living will for purposes of providing specific direction to my agent in situations that may occur during any period when I am unable to make or communicate health care decisions or after my death. My agent is directed to implement those choices I have initialed in the living will.

I have _____ I have not ___X___ completed a prehospital medical care directive pursuant to Section 36-3251, Arizona Revised Statutes.

This Health Care directive is made under Section 36-3221, Arizona Revised Statutes, and continues in effect for all who may rely on it, except those to whom I have given notice of its revocation.

Signature of Principal _____
D'Andrea Turner

Address: _3842 W. Glendale_

_Phoenix, AZ 85051_

Phone No. _480-843-6434_

Witness: Signature _____

Date _8-12-2020_   Time _6:45 pm_

Agent: _____
Keith Turner

Address: _3842 Glendale_

_Phx AZ 85051_

Phone No. _323-845-4815_

Witness: Signature _____

Date _8/12/20_   Time _345_