# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>Plaintiff,<br><br>v.<br><br>Airport Terminal Services, et al.,<br><br>Defendants. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having considered Plaintiff's Motion for Extension for Amended Complaint (Doc. 15),

**IT IS HEREBY ORDERED** granting the Motion and extending the deadline to **November 16, 2020**.

Dated this 2nd day of October, 2020.

Honorable Susan M. Brnovich
United States District Judge