Caroline Larsen, SBN 022547
Justin B. Caresia, SBN 034007
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
justin.caresia@ogletree.com

Attorneys for Defendant Airport Terminal
Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Airport Terminal Services; Jeff Luetkenhaus; and Issa Tajadin,<br><br>　　　　　Defendants. | No. CV-20-00775-PHX-SMB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Airport Terminal Services, Inc. ("ATS") hereby moves the Court for an extension of time for ATS[1] to answer or otherwise respond to the First Amended Complaint (Doc. 17) until December 11, 2020.[2] ATS is working diligently to respond to Plaintiff's First Amended Complaint, but requires a brief extension due to limitations caused by the

---

[1] To ATS' knowledge, the individual defendants in this action, Jeff Luetkenhaus and Issa Tajadin, have not been served and should have been dismissed per the Court's April 24, 2020 Order (Doc. 11).

[2] Plaintiff filed her First Amended Complaint on November 13, 2020, approximately seven months after she filed her initial complaint in this action. Accordingly, Plaintiff was required to seek either the Court's leave to file an amended complaint or ATS' consent to file an amended complaint, which she did not do. *See* Fed. R. Civ. P. 15(a)(2). Moreover, the First Amended Complaint does not comply with Local Rule 15.1. Nonetheless, ATS does not object to the filing.

Thanksgiving holiday. Counsel for ATS attempted to contact Plaintiff multiple times via telephone and email to discuss this requested extension, but Plaintiff did not respond. This extension is in the interest of justice and will not prejudice either party.

A proposed Order is attached.

DATED this 30th day of November 2020.

>                    OGLETREE, DEAKINS, NASH, SMOAK &
>                    STEWART, P.C.
>
>                    By   s/Caroline Larsen
>                         Caroline Larsen
>                         Justin B. Caresia
>                         2415 E. Camelback Road, Suite 800
>                         Phoenix, Arizona 85016
>                         Attorneys for Defendant Airport Terminal
>                         Services, Inc.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. mail and e-mail on:

> D'Andrea Michelle Turner
> 3842 West Glendale
> Phoenix, Arizona 85051
> dandreat75@gmail.com
> Plaintiff Pro Se

s/Bernadette Young

45105641.1

3