1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| Airport Terminal Services; Jeff Luetkenhaus; and Issa Tajadin, | |
| Defendants. | |

The Court, having reviewed ATS' Motion for Extension of Time for ATS to Respond to First Amended Complaint, and for good cause shown,

IT IS ORDERED granting ATS until December 11, 2020 to respond to the First Amended Complaint.

45105642.1