# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Jeff Luetkenhaus, et al., | |
| Defendants. | |

The Court having reviewed the Motion for Extension of Time for Defendant Airport Terminal Services, Inc. (ATS) to Respond to First Amended Complaint (Doc. 18) and for good cause shown,

**IT IS ORDERED** granting the Motion and extending the deadline for ATS to respond to the First Amended Complaint until **December 11, 2020**.

Dated this 1st day of December, 2020.

Honorable Susan M. Brnovich
United States District Judge