1  Caroline Larsen, SBN 022547
2  Justin B. Caresia, SBN 034007
   OGLETREE, DEAKINS, NASH,
3  SMOAK & STEWART, P.C., #00504800
   2415 East Camelback Road, Suite 800
4  Phoenix, Arizona 85016
5  Telephone:  (602) 778-3700
   caroline.larsen@ogletreedeakins.com
6  justin.caresia@ogletreedeakins.com

7  Attorneys for Defendant
8  Airport Terminal Services, Inc.

9          **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE DISTRICT OF ARIZONA**

11  D'Andrea Michelle Turner,              Case No. CV-20-00775-PHX-SMB

12                 Plaintiff,              **NOTICE OF SERVICE OF**
                                           **DEFENDANT AIRPORT TERMINAL**
13         v.                              **SERVICES, INC.'S MANDATORY**
                                           **INITIAL DISCOVERY RESPONSES**
14  Airport Terminal Services, Inc.; Jeff
15  Luetkenhaus; and Issa Tajadin,
                   Defendants.
16

17         In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and

18  General Order 17-08 governing the Mandatory Initial Discovery Pilot Project, Defendant

19  Airport Terminal Services, Inc. gives notice that it served its Mandatory Initial Discovery

20  Responses on Plaintiff via email and first-class U.S. mail on January 11, 2021.

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

1

2 | DATED this 12th day of January 2021.

3 | OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

4

5

6 | By:    s/Caroline Larsen
Caroline Larsen

7 | Justin Caresia
2415 East Camelback Road, Suite 800

8 | Phoenix, AZ  85016
Attorneys for Defendant Airport Terminal

9 | Services, Inc.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA  85016
(602) 778-3700

2

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 778-3700

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on the 12th day of January 2021, I electronically transmitted

3

the attached document to the Clerk's Office using the CM/ECF System for filing. I also

4

hereby certify that on the same date, I served the attached document by U.S. mail and e-

5

mail on:

6

7

D'Andrea Michelle Turner
3842 West Glendale
Phoenix, Arizona 85051
dandreat75@gmail.com
Plaintiff Pro Se

8

9

10

11

12     s/Trish Day

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3