Dandrea Michelle Turner
3842 w Glendale Phoenix, AZ 85051
480-843-6434
dandreat75@gmail.com

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 22 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE DISTRISCT OF ARIZONA

Dandrea Michele Turner,

    Plaintiff,

vs.

Airport Terminal Services, Inc,:JEFF LUETHENHAUS; AND ISSA TAJADIN

    Defendants.

Case No.: CV-20-00775-PHX-SMB

MOTION FOR TIME EXTENSION FOR MEETING

Here comes the Plaintiff Dandrea Michelle Turner, asking to Motion time Extension for Meeting date of Jan 28, 2021. Due to the severe illness of Brian Surgery and recovery and several important Doctors appoinments on the Jan 28,2021. Dandrea Michelle Turner will like to reschedule and request 30-45 days to appear at next meeting.

January 22, 2021.

    Dandrea Michelle Turner        /s/ Dandrea Turner
                                              ~~Attorney~~ Name

MOTION FOR TIME EXTENSION FOR MEETING - 1