Answers to DAndrea Turners Joint Case Managmu Report   No: CV-20-00775-PHX-SMB

1.

FILED ___ LODGED
RECEIVED ___ COPY

JAN 22, 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 7.1(a)(1)
(Rule Number/Section)

1. Plaintiff: Dandrea Michelle Turner
2. Plaintiff: Dandrea Michelle Turner
3. Palintiff: Dandrea Miclelle Turner was employee of ATS, who was assaulted and discriminated and forced to constructielely terminate form the company ATS. Plaintiff sought to exhaust all rememdiaes to have positive results and continue employment for ATS. But Issa Tajadin made it an unsafe work environment for Dandrea Michelle Turner. ATS did nothing to protect her or her employment from Isaa Tajadin that unlimaltely lead to her demise of employment with severe bianess.
4. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Plaintiff's First Amended Complaint asserts violations of Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), 42 U.S.C. § 1981, the Age Discrimination in Employment Act of 1967 (29 U.S.C. § 623), the Americans with Disabilities Act of 1990 (42 U.S.C. §§ 12112(a) and 12203(a)). This Court has supplemental jurisdiction over Plaintiff's assault claim pursuant to 28 U.S.C. § 1367.

5. ATS has been served
6. The parties do not expect to add additional parties or otherwise amend the pleadings.
7. Dandrea Michelle will oppose and answer Sumary Judgment
8. As discovery progresses, the parties may seek referral to a Magistrate Judge for a settlement conference.

9. The parties are unaware of any related cases pending before other courts or other judges of this Court.
10. The parties do not anticipate any issues relating to the preservation, disclosure, or discovery of electronically stored information.
11. The parties do not anticipate any issues relating to the preservation, disclosure, or discovery of electronically stored information.
12. Dandrea Michelle Turner anticipates serving written discovery requests on Defendant obtaining any relevant third party records (including any subsequent employer of Plaintiff and Plaintiff's past and/or current health care provider(s)), and deposing Defendants. Dandrea Michelle Turner may also depose third parties, including any experts dispose by Defendant.

13.B. None
  C.Seven hours
14.A.Deadline for completion of face discovery: Auusust 27,2021
    b. Espert deadlines: i. Deadline for disclosure of Plaintiff's experts: March 26, 2021
    ii. Deadline for disclosure of Defendant's experts: April 30, 2021
  iii. Deadline for rebuttal expert disclosure: May 28, 2021
c. Deadline for completion of all expert depositions: July 30, 2021
    d. Deadline for engaging in face-to-face good faith settlement talks:

April 30, 2021

e. Deadline for filing dispositive motions: October 1, 2021

15.Plaintiff has requested a jury trial in this matter, which ATS does not contest.

16.Dandrea Michelle Turner will request a settlement conference with a Magistrate Judge
after completing initial discovery.
 17. None

| | |
|---|---|
| D'ANDREA MICHELLE TURNER | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/ D'Andrea Michelle Turner (w/ permission)<br>3842 West Glendale Avenue<br>Phoenix, AZ 85051<br>Tel.: 480.843.6434<br>dandreat9@gmail.com<br>*Plaintiff Pro Se* | By: s/ Caroline Larsen<br>———————————<br>Caroline K. Larsen<br>2415 East Camelback Rd., Ste. 800<br>Phoenix, AZ 85016<br>Tel.: 602.778.3700<br>Fax: 602.778.3750<br>*Attorney for Defendant Airport Terminal Services, Inc.* |

6

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January 2021, I transmitted the foregoing document by email and first-class mail, postage prepaid to:

D'Andrea Michelle Turner
3842 W. Glendale Avenue
Phoenix, AZ 85051
dandreat9@gmail.com

s/ NAME *[signature]*

45633724.1

7