Caroline Larsen, SBN 022547
Justin B. Caresia, SBN 034007
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletreedeakins.com
justin.caresia@ogletreedeakins.com

Attorneys for Defendant
Airport Terminal Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>    Plaintiff,<br>v.<br><br>Airport Terminal Services, Inc.; Jeff Luetkenhaus; and Issa Tajadin,<br>    Defendants. | Case No. CV-20-00775-PHX-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES** |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and General Order 17-08 governing the Mandatory Initial Discovery Pilot Project, Defendant Airport Terminal Services, Inc. gives notice that it served its Supplemental Mandatory Discovery Responses on Plaintiff via email and first-class U.S. mail on March 1, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 DATED this 1st day of March 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:   s/Caroline Larsen
      Caroline Larsen
      Justin Caresia
      2415 East Camelback Road, Suite 800
      Phoenix, AZ 85016
      Attorneys for Defendant Airport Terminal Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. mail and e-mail on:

> D'Andrea Michelle Turner
> 3842 West Glendale
> Phoenix, Arizona 85051
> dandreat75@gmail.com
> Plaintiff Pro Se

  s/Trish Day