Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletreedeakins.com

Attorneys for Defendant
Airport Terminal Services, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| D'Andrea Michelle Turner, | Case No. CV-20-00775-PHX-SMB |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S SECOND SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES** |
| v. | |
| Airport Terminal Services, Inc., | |
| Defendant. | |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and General Order 17-08 governing the Mandatory Initial Discovery Pilot Project, Defendant Airport Terminal Services, Inc. gives notice that it served its Second Supplemental Mandatory Discovery Responses on Plaintiff via email and first-class U.S. mail on March 22, 2021.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 22nd day of March 2021.

          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

          By:   s/Caroline Larsen
                Caroline Larsen
                2415 East Camelback Road, Suite 800
                Phoenix, AZ  85016
                Attorneys for Defendant Airport Terminal Services, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. mail and e-mail on:

> D'Andrea Michelle Turner
> 3842 West Glendale
> Phoenix, Arizona 85051
> dandreat75@gmail.com
> Plaintiff Pro Se

  s/Trish Day

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700