Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
caroline.larsen@ogletree.com

Attorneys for Defendant Airport Terminal Services

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Airport Terminal Services,<br><br>　　　　　Defendant. | No. 2:20-CV-00775- SMB<br><br>**NOTICE OF WITHDRAWAL** |

Pursuant to Local Rule 83.3(b)(4), undersigned counsel provides notice that Justin B. Caresia is no longer with the firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and hereby withdraws as counsel for Defendant effective immediately. Defendant will continue to be represented by Caroline Larsen of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

RESPECTFULLY SUBMITTED this 22nd day of March 2021.

　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK &
　　　　　　　　　　STEWART, P.C.

　　　　　　　　　　By: s/Caroline Larsen
　　　　　　　　　　　　Caroline Larsen
　　　　　　　　　　　　Esplanade Center III, Suite 800
　　　　　　　　　　　　2415 E. Camelback Road
　　　　　　　　　　　　Phoenix, Arizona  85016
　　　　　　　　　　　　Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of March 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. mail and email on:

> D'Andrea Michelle Turner
> 3842 W. Glendale Avenue
> Phoenix, AZ 85051
> dandreat9@gmail.com
> Plaintiff Pro Se

s/ Trish Day

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700