Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.,
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Dandrea Michelle Turner, | Case No. CV-20-00775-PHX-SMB |
|---|---|
| Plaintiff, v. Airport Terminal Services, Inc., Defendant. | **NOTICE OF SERVICE OF DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S DISCOVERY REQUESTS** |

NOTICE IS HEREBY GIVEN that on April 15, 2021, Airport Terminal Services, Inc., through undersigned counsel, served Defendant's First Set of Non-Uniform Interrogatories and First Set of Requests for Production of Documents on Plaintiff via email and first-class U.S. mail.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 16th day of April 2021.

                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                By:   s/Caroline Larsen
                      Caroline Larsen
                      2415 East Camelback Road, Suite 800
                      Phoenix, AZ  85016
                      Attorneys for Defendant Airport Terminal Services, Inc.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on April 15, 2021, I served the attached document by U.S. mail and e-mail on:

>Dandrea Michelle Turner
>3842 West Glendale
>Phoenix, Arizona 85051
>dandreat75@gmail.com
>Plaintiff Pro Se

 s/Trish Day

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
(602) 778-3700