Caroline Larsen, SBN 022547
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
caroline.larsen@ogletree.com
Attorneys for Defendant Airport Terminal Services

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>Plaintiff,<br><br>v.<br><br>Airport Terminal Services,<br><br>Defendant. | No. 2:20-cv-00775-SMB<br><br>**DEFENDANT'S MOTION TO REFER CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND TO AMEND CASE MANAGEMENT ORDER** |

Defendant Airport Terminal Services ("ATS") hereby moves the Court to refer this case to a United States Magistrate Judge to conduct a settlement conference. To allow sufficient time to schedule and complete a conference, ATS further asks that the Court amend the Case Management Order (Doc. 33) to allow the parties an additional forty-five (45) days, until July 12, 2021, to engage in good faith settlement talks, pursuant to Federal Rule of Civil Procedure 16(b)(4). Counsel for Defendant contacted Plaintiff to propose that the parties satisfy their obligation to engage in good faith settlement discussions by participating in a settlement conference; however, Plaintiff has not responded. Defendant's counsel believes a settlement conference is the best avenue to assist the parties in trying to resolve this action, and counsel will work diligently with Plaintiff to schedule the conference once a Magistrate Judge is appointed.

Finally, Defendant also respectfully requests that the Court amend the Case Management Order requirement that all parties and their counsel meet in person for good faith settlement talks. *See* Doc. 33 at ¶ 8. Due to the ongoing COVID-19 pandemic, counsel is advised that many Judges are only conducting settlement conferences via telephone or via the Court's Cisco Meeting Server (CMS) platform. Therefore, the parties request that the Court amend the Case Management Order to allow the parties to engage in settlement talks via telephone, video conference, or other mutually acceptable remote means.

RESPECTFULLY SUBMITTED this 29th day of April 2021.

          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

          By:   <u>s/ Caroline Larsen</u>
                 Caroline Larsen
                 Esplanade Center III, Suite 800
                 2415 East Camelback Road
                 Phoenix, AZ  85016
                 Attorneys for Defendant Airport Terminal Services

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April 2021, I transmitted the foregoing document by email/mail to:

Dandrea Michelle Turner
3842 W. Glendale
Phoenix, AZ 85051
Dandreat9@gmail.com

s/ Trish L. Day King

46929496.1