# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner, | No. 2:20-cv-00775-SMB |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| Airport Terminal Services, | |
| Defendants. | |

The Court having considered Defendant's Motion to Refer Case to Magistrate Judge for Settlement Conference and to Amend Case Management Order, and good cause appearing,

IT IS ORDERED granting the Motion to Refer Case to Magistrate Judge for Settlement Conference and to Amend Case Management Order. Paragraph 8 of the Case Management Order (Doc. 33) is amended as follows:

<u>Good Faith Settlement Talks</u>. All parties and their counsel shall meet (by telephone, video conference, or other mutually agreeable remote means) and engage in good faith settlement talks no later than **July 12, 2021**. Upon completion of such settlement talks, and in no event later than five working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The report shall inform the Court that good faith settlement talks have been held and shall

report on the outcome of such talks.  The parties shall indicate whether assistance from the Court is needed in seeking settlement of the case. The parties shall promptly notify the Court if settlement is reached at any time during the course of this litigation.

All other provisions of the Case Management Order (Doc. 33) remain in effect.

IT IS FURTHER ORDERED this case is referred by random assignment to Magistrate Judge _____ to conduct a settlement conference.

IT IS FURTHER ORDERED that Plaintiff and counsel for the Defendant are to contact Magistrate Judge _____'s chambers at (602) _____ no later than _____, 2021 to schedule the settlement conference.