# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>  Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>  Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having considered Defendant's Motion to Refer Case to Magistrate Judge for Settlement Conference and to Amend Case Management Order (Doc. 37) and good cause appearing,

**IT IS ORDERED** granting the Motion to Refer Case to Magistrate Judge for Settlement Conference and to Amend Case Management Order. Paragraph 8 of the Case Management Order (Doc. 33) is amended as follows:

Good Faith Settlement Talks. All parties and their counsel shall meet (by telephone, video conference, or other mutually agreeable remote means) and engage in good faith settlement talks no later than **August 13, 2021**. Upon completion of such settlement talks, and in no event later than five working days after the deadline set forth in the preceding sentence, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The report shall inform the Court that good faith settlement talks have been held and shall report on the outcome of such talks. The parties shall indicate whether assistance from the Court is needed in seeking settlement of the case. The

parties shall promptly notify the Court if settlement is reached at any time during the course of this litigation.

**IT IS FURTHER ORDERED** all other provisions of the Case Management Order (Doc. 33) remain in effect.

**IT IS FURTHER ORDERED** this matter is referred to Magistrate Judge Bibles for purposes of settlement conference. The parties shall jointly call Magistrate Judge Bibles' chambers at (928) 774-2566 on or before **June 10, 2021** to schedule the settlement conference.

Dated this 3rd day of June, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge