THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  CIVLR 5.4, 7.1(c)(1)
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 1 4 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# U.S District Court of Arizona

## D'Andrea Turner Vs. ATS Airport Terminal Services

Turner V. Airport Terminal Services
2:20-cv-00775-SMB
Plaintiffs Response to motion to dismiss:

D'Andrea Turner response to defendant motion for Rule 37 dismissal

Plaintiff D'Andrea Turner response to defendant motion for rule 37 as follows

1). plaintiff was unable to attend July 6, Telephonic dispute hearing pursuant to Dr. Aviles opinion that plaintiff was not able to participate. (see Doctor statement attached) Doctors statement of medical treatment that she was unable to participate July 6 – July 9 due to physical illness.

2) Plaintiff has signed and delivered medical statements on or about June 20th to dependence attorney's office

3) Based on the foregoing Plaintiff requests that the dependents request for Rule 37 for dismissal be denied

Wherefore plaintiffs moves the court for its order in plaintiffs favor as follows

- A) Denying dependence motion for dismissal
- B) Grant to plaintiff such other relief that this court deems equitable and just



07/06/2021

To Whom It May Concern:

D Andrea Turner is currently under my medical care and may not return to work at this time.
Please excuse D Andrea for 3 day(s).
She may return to work on 07/09/2021.

If you require additional information please contact our office.

Sincerely,

*Provider: Avilez, Maria MD 07/06/2021 10:43 AM*

**Document generated by: Marleti Calderon MA 07/06/2021**

---

Adelante Healthcare Phoenix          Turner, D Andrea  DOB: 11/02/1975
Phone Number: 1-877-809-5092

Turner, D Andrea Michelle.  000000341954 11/02/1975 07/09/2021 05:30 PM Page: 1/1