# NOTICE OF APPEARANCE
## for
## T&M Legal Services

I hereby Motion the Court of United State District Court for the District of Arizona

Keith Turner -T&M Legal Services Legal Assistant Representative who was hired by client Dandrea Michelle Turner to assist in the Settlement Conferences of Civil Action No. CV-20-775-PHX-SMB, DANDREA MICHELLE TURNER VS AIRPORT TERMINAL SERVICES

This serves as written notice to appear on Dandrea Michelle Turner behalf as with her permission to proceed as Legal Assistant.

8-2-21

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCvP 5.4, 7.1(a)(1)
(Rule Number/Section)

X FILED      ___ LODGED
___ RECEIVED  ___ COPY

AUG 02 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY