Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3700
Facsimile: 602-778-3750
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>   Plaintiff,<br><br> v.<br><br>Airport Terminal Services, Inc.<br><br>   Defendant. | No. 2:20-cv-00775-SMB<br><br>**NOTICE OF APPEARANCE** |

  Andrew Soukhome, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters his appearance as co-counsel of record for Defendant Airport Terminal Services, Inc. and requests that copies of all pleadings, orders, filings, etc., in this matter also be served upon him

  RESPECTFULLY SUBMITTED this 5th day of August, 2021.

         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

         By: s/ Andrew Soukhome
            Caroline Larsen
            Andrew Soukhome
            2415 East Camelback Road, Suite 800
            Phoenix, AZ 85016

            *Attorneys for Defendant Airport Terminal Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also hereby certify that on the same date, I served the attached document by U.S. first class mail, postage prepaid, on:

D'Andrea Michelle Turner
3842 West Glendale Ave.
Phoenix, AZ 85051

*Plaintiff Pro Se*

s/ Carol Essig

48074405.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700