Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

Attorneys for Defendant Airport Terminal Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>   Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>   Defendant. | No. CV-20-00775-PHX-SMB<br><br>**NOTICE OF SERVICE OF DEFENDANT'S FOURTH SUPPLEMENTAL MANDATORY DISCOVERY RESPONSES** |

In accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure and General Order 17-08 governing the Mandatory Initial Discovery Pilot Project, Defendant Airport Terminal Services, Inc. gives notice that it served its Fourth Supplemental Mandatory Discovery Responses on Plaintiff via e-mail and U.S. Mail on August 10, 2021.

DATED this 10th day of August 2021.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: s/ Caroline Larsen
Caroline Larsen
Andrew Soukhome
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Attorneys for Defendant Airport Terminal Services, Inc.

48128736.1