OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>     Plaintiff,<br><br>v.<br><br>Airport Terminal Services, Inc,<br><br>     Defendant. | No. 2:20-cv-00775-SMB<br><br>**[PROPOSED] ORDER** |

The Court having considered Defendant's Motion for Sanctions for Plaintiff's Failure to Disclose or Supplement Discovery Responses, and good cause appearing,

IT IS ORDERED granting the Motion for Sanctions for Plaintiff's Failure to Disclose or Supplement Discovery Responses.

IT IS FURTHER ORDERED that Plaintiff's Complaint is dismissed with prejudice in its entirety.

IT IS FURTHER ORDERED that Defendant must submit any motion for fees within __ days.

48254891.1