# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner, | No. 2:20-cv-00775-SMB |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Airport Terminal Services, Inc, | |
| Defendant. | |

The Court having considered Defendant's Motion for Sanctions for Plaintiff's Failure to Disclose or Supplement Discovery Responses, and good cause appearing,

IT IS ORDERED granting the Motion for Sanctions for Plaintiff's Failure to Disclose or Supplement Discovery Responses; and it is further

ORDERED that Plaintiff' is prohibited from using any untimely disclosed information or documents in support of any motion, at any hearing or at trial.

48255675.1