Attached Proof of

Exh 2-1,6

Exh 4

Exh 5

Exh 6

Gmail - FW: Turner v. Airport Terminal Services, Inc.; Case No. 2:20-cv-00775-SMB - Motion for Sanctions [ODNSS-OGL.016741.000042] 8/24/21, 3:22 AM

Case 2:20-cv-00775-SMB   Document 52-1   Filed 08/24/21   Page 2 of 25

 **Gmail**

Pro Realtor <dandreat75@gmail.com>

## FW: Turner v. Airport Terminal Services, Inc.; Case No. 2:20-cv-00775-SMB - Motion for Sanctions [ODNSS-OGL.016741.000042]

2 messages

**Young, Bernadette** <bernadette.young@ogletree.com>
To: "dandreat75@gmail.com" <dandreat75@gmail.com>
Cc: "Larsen, Caroline" <Caroline.Larsen@ogletreedeakins.com>

Mon, Aug 23, 2021 at 7:10 AM

Ms. Turner,

I just received notification that my email to you was undeliverable.  I checked and realized we used an old email address.

Accordingly, attached Defendant's Motion for Sanctions, and accompanying proposed.

Very respectfully,

Bernadette Young

**Bernadette Young | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3737 | Fax: 602-778-3750
bernadette.young@ogletree.com | www.ogletree.com

**From:** Young, Bernadette <bernadette.young@ogletreedeakins.com>
**Sent:** Friday, August 20, 2021 5:28 PM
**To:** Dandreat9@gmail.com
**Cc:** Larsen, Caroline <Caroline.Larsen@ogletreedeakins.com>
**Subject:** Turner v. Airport Terminal Services, Inc.; Case No. 2:20-cv-00775-SMB - Motion for Sanctions [ODNSS-OGL.016741.000042]

Attached please find a copy of Defendant's Motion for Sanctions for Plaintiff's Failure to Disclose or Supplement Discovery Responses, along with copies of the proposed Order(s) filed with the Court. This copy is for your records.

Very respectfully,

Bernadette Young

**Bernadette Young | Practice Assistant | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3737 | Fax:
602-778-3750
bernadette.young@ogletree.com | www.ogletree.com

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the
proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the
proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

**3 attachments**

 **051 2021.08.20 Def's Motion for Sanctions.PDF**
94K

 **051-1 2021.08.20 [Proposed] Order Motion for Santions 37(b)(2)(A).PDF**
32K

**051-2 2021.08.20 [Proposed] Order Motion for Santions 37(c)(1).PDF**
32K

---

**Pro Realtor** <dandreat75@gmail.com>                                    Mon, Aug 23, 2021 at 8:17 AM
To: "lawreports21@gmail.com" <lawreports21@gmail.com>

[Quoted text hidden]

--
**Best Regard,**
**D'Andrea Turner, Realtor**

**HomeSmart**
909-232-4376
480-8436434

---

**3 attachments**

 **051 2021.08.20 Def's Motion for Sanctions.PDF**
94K

**051-1 2021.08.20 [Proposed] Order Motion for Santions 37(b)(2)(A).PDF**
32K

**051-2 2021.08.20 [Proposed] Order Motion for Santions 37(c)(1).PDF**
32K

 Gmail

<span style="color:gray">Pro Realtor &lt;dandreat75@gmail.com&gt;</span>

## RE: Waiting on information for settlement [ODNSS-OGL.016741.000042]

2 messages

**Larsen, Caroline** &lt;caroline.larsen@ogletree.com&gt;                    Tue, Aug 17, 2021 at 4:06 PM
To: Pro Realtor &lt;dandreat75@gmail.com&gt;
Cc: "Soukhome, Andrew M." &lt;Andrew.Soukhome@ogletreedeakins.com&gt;

Ms. Turner,

Your settlement demand, which is a substantial increase over your last demand, reflects that the parties have a fundamental disagreement regarding the strength of your claims and your potential damages even if you were successful. ATS is prepared to pay $1,500.00 total to settle this matter. Any settlement will be conditioned on a full release and waiver of all claims related to your employment with ATS and your resignation, to encompass all current and former employees, agents, directors, officers, etc. of ATS, including your consent to non-disparagement and confidentiality provisions, your agreement not to see employment with ATS or any related entities in the future, as well as a stipulation to dismiss the District Court lawsuit (and any other administrative or other matters) with prejudice.

If you accept this offer, we can provide a settlement agreement and vacate next week's conference.

Best regards,

**Caroline Larsen (she/her/hers) | Attorney | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3756 | Fax: 602-778-3750
caroline.larsen@ogletree.com | www.ogletree.com | Bio

**From:** Pro Realtor &lt;dandreat75@gmail.com&gt;
**Sent:** Tuesday, August 17, 2021 2:05 PM
**To:** Larsen, Caroline &lt;Caroline.Larsen@ogletreedeakins.com&gt;
**Subject:** Waiting on information for settlement

*[Caution: Email received from external source]*



Hello Ms. Larson

Today is the day we are suppose to exchange information for settlement I have not received anything from you yet. I would like to come to some type of negotiations at some point we must exchange information. My assistant representative have reached out to you several time before today which is the deadline. I would like something before I send the judge my final statement memorandum. Please be advised that we are in good faith to settle this matter.

Thank you for your time and consideration.

Sincere

--

**Best Regard,**

**D'Andrea Turner, Realtor**

# HomeSmart

**909-232-4376**

**480-8436434**

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

---

**Pro Realtor** <dandreat75@gmail.com>                Tue, Aug 17, 2021 at 4:18 PM
To: "lawreports21@gmail.com" <lawreports21@gmail.com>

[Quoted text hidden]

Exh #2

 **Gmail**

Pro Realtor <dandreat75@gmail.com>

## Proposal for settlement D'Andrea Turner vs ATS

5 messages

**Pro Realtor** <dandreat75@gmail.com>
To: "Larsen, Caroline" <caroline.larsen@ogletree.com>, tmlegalservicescourt@gmail.com

Wed, Aug 4, 2021 at 4:24 PM

Hello Ms. Larsen,
Received information regarding pre-settlement call on August 16th, attached I have sent the settlement proposal so that we are able try to begin settlement procedures. Please be advised my legal assistant and would like to set a time that we can discuss, settlement that both parties can agree.

---
Best Regard,
**D'Andrea Turner, Realtor**

### HomeSmart

909-232-4376
480-8436434

📄 **DOC080421-08042021131343 (1).pdf**
3771K

**T&M Legal Services T&M Legal Services** <tmlegalservicescourt@gmail.com>
To: caroline.larsen@ogletreedeakins.com, dandreat75@gmail.com, T&M Legal Services T&M Legal Services
<tmlegalservicescourt@gmail.com>

Wed, Aug 4, 2021 at 5:00 PM

Hello Ms. Larsen, I Received the information regarding the pre-settlement call on August 16th, attached I have sent the settlement proposal as well (please see below), so that we are able to begin settlement procedures. Please be advised T&M Legal Services would like to set a time and date before the August 16th pre-settlement, to get resolve that both parties can collectively agree upon. Please see below at Exhibit E page 5 pertaining my Clients health conditions due to "Stress" while employed at Employer ATS. As I stated previously along with "Judge Bibles" being present we are open to get "mutual resolve" and move forward and close this case. However we are very confident that our Client has Great Merit and Potential to be Successful in Court. If you would like to reply to this email or call to discuss I would be more than happy to make sure I'm avaliable.

Thank you Kindly
Mr.Keith Turner
T&M Legal Services 323-245-4845/623-219-2276

 **DOC080421-08042021131343 (1).pdf**
3771K

---

**T&M Legal Services T&M Legal Services** <tmlegalservicescourt@gmail.com>          Wed, Aug 4, 2021 at 7:22 PM
To: dandreat75@gmail.com, caroline.larsen@ogletreedeakins.com

Hello Mrs.Turner, sorry for the late email. However I would like for you to CC Ms.Larsen this email because I have
sent her several emails and I have not gotten one reply. This is for the record so we are all on the same page and The
Judge know we are trying to cooperate with her promptly.

Thank you, Kindly
Mr.Keith Turne
T&M Legal Services
[Quoted text hidden]

 **DOC080421-08042021131343 (1).pdf**
3771K

---

**Pro Realtor** <dandreat75@gmail.com>          Thu, Aug 5, 2021 at 10:52 AM
To: "Larsen, Caroline" <caroline.larsen@ogletree.com>

Hello Ms Larson
Please see attached Email from my legal assistant thanks .
[Quoted text hidden]
[Quoted text hidden]

 **DOC080421-08042021131343 (1).pdf**
3771K

---

**T&M Legal Services T&M Legal Services** <tmlegalservicescourt@gmail.com>          Fri, Aug 6, 2021 at 12:13 PM
To: dandreat75@gmail.com, danreat9@gmail.com

[Quoted text hidden]

**DOC080421-08042021131343 (1).pdf**
3771K

CASE:       D'ANDREA M. TURNER
                 V.
                 AIRPORT TERMINAL SERVICES, ET AL
                 AI – 2:20-cv-00775-SMB

Plaintiff,    D'ANDREA M. TURNER's
                 PROPOSED SETTLEMENT & RELEASE

In consideration of the sum of **TWO HUNDRED FIFTY THOUSAND & 00/100 DOLLARS ($250,000.00),** Plaintiff's agrees to dismiss and discharge with prejudice her complaint and all claims she may have against Defendants in the above matter. Defendants acknowledge and understand that, after being employed by AIRPORT TERMINAL SERVICES as supervisor over other employees, including Defendants *AIRpORT Terminal Service/TSAn Tejedi* for approximately *Six months*,

Plaintiff voiced to all concerned, that the position she was placed in forced her to endure stress and associated ailments from rebellious employees she was supposed to supervise, including being subjected to physical assault. She was known to suffer from many ailments, including headaches, gastrointestinal problems and dizziness. She was being forced to take many days off work for medical appointments and treatments.

Plaintiff complained to the employees she supervised, to management and to her immediate supervisors for assistance, understanding and cooperation; however, such was not forthcoming. Plaintiff was finally forced to resign her employment on *August 2019* , and then on *Tune 2020* , Plaintiff was diagnosed with a serious brain aneurysm.

After consultation with her doctors and diagnosis of her physical condition, Plaintiff was found to be suffering from a serious brain aneurysm. Brain aneurysms are described as a weakness in a blood vessel in the brain that balloons and fills with blood, which is often found to be caused by extreme stress and tension on an ongoing basis without relief. Plaintiff was forced to undergo brain surgery to alleviate her condition and her suffering. She is informed by her medical caregivers that she has not yet fully recovered from her condition, and she may suffer from symptoms of her aneurysm for the rest of her life.

Plaintiff believes that the amount she requests for settlement of this matter will allow her to receive necessary treatment, physically and neurologically for her continuing condition.

TURNER, D ANDREA MICHELLE **DOB:** 11/02/1975 (45 yo **F**) **Acc No.** 29602 **DOS:** 07/27/2021



# TURNER, D ANDREA MICHELLE

45 Y old Female, DOB: 11/02/1975
Account Number: 29602
3842 W GLENDALE AVE, PHOENIX, AZ-85051-8234
Home: 480-843-6434
Guarantor: TURNER, D ANDREA MICHELLE   Insurance: Mercy
Care Plan AHCCCS Payer ID: 86052
Referring: Maria E. Avilez, MD
Appointment Facility: Southwest Neurology And Sleep Med

**07/27/2021**                                    **Progress Notes: Sharmin Nurani, PA-C**

## Current Medications

Taking
• Gabapentin 300 MG Capsule 1 capsule Orally twice a day

## Past Medical History

Patient has a positive past medical history of conditions listed above. Patient also has a positive past medical history of some type of memory disturbance, neck, back pain, numbness tingling, ringing in ears. Possible history of TIAs in 2015,.
Patient has a positive past medical history of conditions listed above. It is also positive for headaches, repair of cerebral aneurysm, muscle spasms, sleep apnea, she is on aspirin daily.

## Surgical History

History of fibroid removal in the past also stomach and some other cyst in 2007, 2013 and 2016. 2007
Fibroids, she had surgery on her stomach, removal of the cyst, cerebral aneurysm was repaired by Dr. Lawton in August 2020. 08/2020

## Family History

Cerebral aneurysm, headaches, neuropathy and sleep apnea
Cerebral aneurysm, headaches, neuropathy and sleep apnea.

## Social History

No smoking, no chewing, no alcohol intake.

## Allergies

N.K.D.A.

## Review of Systems

All systems are reviewed. Review is positive for symptoms dictated above. Otherwise unremarkable.

## Reason for Appointment

1. Headaches. Repair of cerebral aneurysm. Sleep apnea.
2. -
3. -
4. -
5. -
6. Patient is a 45-year-old woman who presented today for follow-up visit. She was last seen in our office on March 2, 2021.
7. -
8. Since the last visit, patient has been having more headaches. Previously, patient did have an MRI scan of the brain done at SimonMed. This was compared to the last MRI scan she had on June 16, 2020. This MRI scan showed interval right-sided orbital zygomatic craniotomy of the right MCA bifurcation aneurysm clipping, without complications. Stable small retention cyst or polyp within the left maxillary sinus and slight mucosal thickening within the bilateral ethmoid sinuses.
9. -
10. Patient stated that she has started taking gabapentin 300 mg 1 tablet twice a day which has been helping overall with her headache. It does make her sleepy and drowsy.
11. -
12. She is also receiving OxyContin from pain clinic.
13. -
14. She also has a machine for her sleep apnea however, she is not using it regularly. The last time she used it for a week ago.
15. -
16. Patient is also following up by Dr. Lawton at Barrow neurosurgery. Dr. Lawton indicated that she is clear and does not need any follow-up scans or visit for at least 5 years from the time of surgery.
17. -
18. Patient has a question if she can travel or fly again. Patient stated that Dr. Lawton had told her to wait for at least 6 months. She is not sure if she can do that again.
19. -
20. MEDICATIONS-aspirin 81 mg, gabapentin 300 mg

## History of Present Illness

Follow-Up Visit:
    SOUTHWEST NEUROLOGY & SLEEP MEDICINE

8/3/2021                                Print Preview

TURNER, D ANDREA MICHELLE **DOB:** 11/02/1975 (45 yo F) **Acc No.** 29602 **DOS:** 07/27/2021

2401 West Glendale Avenue, Suite 203,
Phoenix, Arizona 85021.
Phone (602) 772-5770.
Fax (602) 772-5771.
-
-
-.

## Vital Signs
Ht 65 in, Wt **195 lbs**, BMI **32.45 Index**, Ht-cm 165.1 cm, Wt-kg 88.45 kg.

## Examination
General Examination:
   The patient is a 45-year-old woman who was sitting in the chair today..
The patient is answering and asking questions and following commands.
Memory, attention span, and fund of knowledge are all within normal
limits. She was walking in the room and hallway without any difficulties or
fall.

## Assessments
1. Vascular headache, not elsewhere classified - G44.1 (Primary)
2. Abnormal brain scan - R94.02
3. Cerebral aneurysm, nonruptured - I67.1
4. Sleep apnea, unspecified - G47.30

## Treatment
**1. Others**
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, four times a day, 30
day(s), 120 Capsule, Refills 1
Notes: PROBLEM #1: Headaches:
Patient is currently having more headaches. At this time, to look for
stability in her headaches and aneurysm, 3T MRI scan of the brain along
with MR angiogram head and neck will be obtained for further evaluation.
Patient has increased her gabapentin herself to 300 mg 1 capsule 4 times a
day which has been working. Refills were provided.

She also had an 8-hour EEG monitoring done couple months ago which
turned out to be unremarkable.

She will also continue with OxyContin from her pain specialist. OxyContin
is not recommended to use regularly as it can lead to medication overuse
headaches.

PROBLEM #2: Obstructive sleep apnea:
Patient was instructed to use her Pap machine every night because
untreated sleep apnea increases her risk for strokes and heart disease. If
she does not use her machine it also feeds into her headaches and causes
more headaches. Patient agrees to this plan. Patient was also instructed in
case of excessive daytime sleepiness and fatigue do not drive, operate
heavy machines, swim alone, being a bathtub full of water or do anything
where she could be at risk of injury in case of excessive daytime sleepiness
or fatigue.

Problem #3: Repair of brain aneurysm:

Progress Note: Sharmin Nurani, PA-C   07/27/2021

8/3/2021                                         Print Preview

TURNER, D ANDREA MICHELLE **DOB:** 11/02/1975 (45 yo F) **Acc No.** 29602 **DOS:** 07/27/2021

Patient did have repair of brain aneurysm done by Dr. Lawton at Barrows neurological Institute. Patient had a question if she can fly. She was previously placed on restriction to fly or travel from Dr. Lawton. Patient was instructed to speak with the neurosurgeon regarding this. MR angiogram of the head will be helpful here as well.

Patient was instructed that stress can cause more headaches as well as can increase the chance of recurring aneurysm or aneurysm getting larger or can be fatal if it ruptures. Patient agrees to this plan has decided to decrease stress in her life.

Patient was instructed to call our office in case of worsening neurologic symptoms, questions, or concerns. Otherwise, the patient will be seen in follow-up in 4-6 weeks and further recommendations can be made at that time.

Sincerely,

_____
Sharmin Nurani, PA-C

_____
Supervising physician, Tariq Doorani, MD
Board certified in Neurology
Board certified in Sleep Medicine

This dictation was done using the dragon software system. Please excuse us for any errors or typos.

**Follow Up**
Followup visit is/in 6 Weeks

**Electronically signed by SHARMIN NURANI , PA-C on 08/03/2021 at 04:08 PM MDT**

**Sign off status: Pending**

Progress Note: Sharmin Nurani, PA-C   07/27/2021

TURNER, D ANDREA MICHELLE **DOB:** 11/02/1975 (45 yo F) **Acc No.** 29602 **DOS:** 07/27/2021



**Southwest Neurology And Sleep Med**
**2401 W GLENDALE AVE**
**STE 203**
**PHOENIX, AZ 85021-7673**
Tel: 602-772-5770
Fax:

Progress Note: Sharmin Nurani, PA-C   07/27/2021

Print annotated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Exh # 4

 **Gmail**

Pro Realtor <dandreat75@gmail.com>

# FW: INTERROGATORIES [ODNSS-OGL.016741.000042]

1 message

**Larsen, Caroline** <caroline.larsen@ogletree.com>                                                Tue, Jun 15, 2021 at 3:24 PM
To: "dandreat75@gmail.com" <dandreat75@gmail.com>, "Dandreat9@gmail.com" <Dandreat9@gmail.com>,
"ironcopy@gmail.com" <ironcopy@gmail.com>
Cc: "Soukhome, Andrew M." <Andrew.Soukhome@ogletreedeakins.com>, "Yanazzo, Deborah L."
<deborah.yanazzo@ogletreedeakins.com>


Ms. Turner,


The Court ordered you to provide your responses to our requests for production of documents no later than June 14. Today, I received 29 pages of medical records that were hand delivered to our office. However, you provided no written responses to our requests, nor did you provide documents responsive to any request except for request number 4. When I called you today, you advised that you do not have <u>any</u> documents responsive to any of the other requests. If you do have additional documents, you must produce them. Since you have not done so, we will object to any attempt to introduce any documents that you have not timely disclosed or produced in response to our requests.


In addition, we have reviewed the interrogatory responses you emailed on June 2. Many of the responses are incomplete, and do not respond to all of the interrogatories and their subparts (nor did you timely object to responding). Please supplement your responses to the interrogatories with complete answers, including the specific information detailed below.


Interrogatory 1:

- What dates did you submit your complaint(s) and/or report(s)?

- Did you receive any responses to your complaint(s? and/or report(s)? If yes,

    o Who did you receive a response from?

    o What date did you receive a response?

    o What were the details of the response?

    o Was the response verbal or written?


Interrogatory 2:

- What is the amount of damages you are claiming for each item of damages?

- How are you calculating each amount?

  o Please include any mathematical formula or documents that you use in your calculations.


## Interrogatory 3:

- What are the address of each doctor you provided?

- What was the reason and date for the consultation, treatment, and/or examination with each doctor?


## Interrogatory 4:

- What are the addresses and phone numbers of each doctor you provided?

- Which of these doctors were seen for reasons related to conduct alleged in this case?


## Interrogatory 6:

- Please provide the requested details regarding the "2017 Education Management matter" mentioned in your response.

  o What was the name and location of the court or agency?

  o What was the court file number?

  o What was your role? Were you the Plaintiff, Respondent, Defendant, a witness, etc.?

  o What are the names and addresses of all other parties and attorneys?

  o What was the nature of the matter and what was the final resolution?


## Interrogatory 8:

- Please clarify the last names of the persons you provided and identify their association to you and/or ATS.

- What specifically did you communicate to each person?

- When did you communicate to each person?

- How did you communicate to each person? Verbal or written?

- Do you have any documents reflecting or relating to these communications?


## Interrogatory 9:

- What specific facts support your punitive damage claim?


## Interrogatory 10/11:

- Provide the address and telephone number of Holy Sheets LLC?

- What dates did you apply to Holy Sheets LLC?

- How did you contact or communicate with Holy Sheets LLC?

- Who interviewed you? What was their job title?

- What were the job duties of the position you applied for/performed?

- What dates did you work for Holy Sheets LLC?

- What are the wages, salary, or other benefits you receive at Holy Sheets LLC?

- Has your employment at Holy Sheets LLC ended? If yes, how did your employment end?


## Interrogatory 14:

- How long have you had each condition you described?

- Did you notify ATS of each condition? If yes, how and when did you notify ATS?


## Interrogatory 15:

- Do you have a copy of the request for a desk position?

- When was this request given?

- Who did you give the request to?

- What was the outcome of your request?


If we do not receive complete responses by next Monday, June 21, we will contact the Court again regarding your failure to comply with your discovery obligations in this case and seek sanctions.


**Caroline Larsen (she/her/hers) | Attorney | Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
Esplanade Center III, 2415 East Camelback Road, Suite 800 | Phoenix, AZ 85016 | Telephone: 602-778-3756 | Fax: 602-778-3750
caroline.larsen@ogletree.com | www.ogletree.com | Bio


**From:** Pro Realtor <dandreat75@gmail.com>
**Sent:** Wednesday, June 02, 2021 2:43 PM
**To:** Larsen, Caroline <Caroline.Larsen@ogletreedeakins.com>
**Subject:** INTERROGATORIES

*[Caution: Email received from external source]*

Hello Caroline Larsen

Attached are the answers to your questions. I am also sending documents once I can scan them to you.

--

**Best Regard,**

**D'Andrea Turner, Realtor**



**HomeSmart**

909-232-4376

480-8436434

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

🗎 **INTERROGATORIES.docx**
   14K



## INTERROGATORIES

**Interrogatory #1**

Discrimination started with Axle was the health and safety manager not following up with me after I made several attempts to report Tina and crystals Attendance. Axel never followed up with me regarding the two girl's attendance. When Whitney wills when will maternity leave there was not often enough staff leaving me to have to work late night in overtime, which caused the occurrence of my sickness. By complaint about not heavy enough staff annexa left me to complete 20 to 30 planes without step Axel would not get assistance but would allow employees to call off and schedule off causing staff shortages

Later one of one of the employees one of the employees Tina told Joe Meeks that she was having an affair with axle and this was the reason she was able to have days off Tina was allow to come to work and leave when she wanted I was not able to explain to other employees why she was able to not help and caused work place hostility.

Each report was written and given to Axle he reported to Whitney Wells, this is when I asked for a meeting with Whiney this was the same meeting that was stated in the write up that was given to me on August 23.

**Interrogatory #2**

The Stress that I endured caused my PTSD and depression, and sleep problems due to prolong work hours, which also caused bipolar reaction. I asked for assistance several times I did report my bipolar when I was hired in December 2018. I was continually coming home from work with stress headache, stomach pain from holding urine while working because no relief to cover me, body aches, extreme leg & foot pain lower extremities fatigue, chronic venous insufficiency because I was left without assistance due to schedule changes done by Axle only on my night shift. This favoritism from upper management. When Whitney was on maternity leave, I would ask for assistance and would never receive help, I would ask for help and would never get help I complained to Human resource on site (ANNA) and Axle, Jeff Leukuman. I was under extreme stress trying to get 90 days in so I could get better health insurance from ATS.

Interrogatory #3

Dr. Allen Marckbanks - Westview Medical center primary care

Dr. avlaez – Adelante Health care

Dr. Katie Wall - GYN

Dr. Tariq Doorani – southwest neurology &sleep study – sleep and headaches

Dr  Andrew Brewer-  Oasis foot & ankle center

Dr Bahmrah -Arizona Premier Pulmonary & sleep – sleep and headaches

Alexandra E. Kidd – Bladder

Dr Rose Jilanne

Dr Hemikaa Devakumar- stomach urine pain


Dr. Ewa Szafranience  MD – psychiatry

**Interrogatory #4**

All Dr listed above and below

Dr. Ewa Szafranience  MD – psychiatry

Dr  Andrew Brewer-  Oasis foot & ankle center

Dr Bahmrah -Arizona Premier Pulmonary & sleep – sleep and headaches

Dr. Allen Marckbanks - Westview Medical center primary care

**Interrogatory #5**

No Arrest Convictions


**Interrogatory #6**

2017 Education Management matter resolved


**Interrogatory #7**

Only ATS Human Resources and federal court

Interrogatory #8

Jo Meeks

Rochelle

Damarcus

Tommy Davis

**Interrogatory #9**

Punitive damages, emotional damages, stress harassment depression which resorted in surgical rectification of my brain surgery reconstruct my blood vessels in brain from extreme head pain, neck pain , extreme leg and foot pain blood flow issues extended from exhaustion and unethical work  and hostile work environment that cause additional greater emotional distress.

**Interrogatory #10**

Holy Sheets LLC, Sales clerk

**Interrogatory #11**

Holy Sheets LLC, sales clerk

**Interrogatory #12**

Realtor 2020-2021   no sales

**Interrogatory #13**

Unemployment only during this time, only compensation

**Interrogatory #14**

Due to the stress and sickness I had headache stress from this situation.  Depression caused resulted in several brain aneurysms that resulted in having brain surgery losing eye sight and strength in right arm and right leg weakness. Continual head pain and neck aching face pain. Due to stress.

**Interrogatory #15**

Requested desk position however I was made to sign a wavier that waved my rights if I hurt myself on the job. Requested additional help but was not considered for more staff shortage caused me to over work myself.





Dandrea Turner V. Airport Terminal service
CV-20-00775

### Interrogatory 1

Complaint #1. On or about April 2019 complained about employee Crystal and Tina giving Supervisor a had time not following procedures to get Jobs completed which resulted in a meeting with Axle and Whitney shortly after that was referenced in a write up given in August 2019. Employers never handle disciplinary issues or trained on proper procedures to handle issues. DAndrea was a "Model Employee" that made the company production numbers increase due to performance once she started as supervisor in February 2019

Complaint # 2 Additionally complained to Axle about Abraham cursing out in front of Axle and crew members and wrote a statement that was never resolved.

Complaint #3 I after giving several warnings about "Esa" being late, calling in and cursing out the and being tearse.

Complaint #4 complained about "Esa" assault after not returning on time to the Job site, which resulted in him pushing DAndrea down and assaulting and verbally abusive harrassment.

### Interrogatory #2.

Mental and emotional stress that cause severe Migraines and extreme headaches, body and bladder pain from holding urine, sleep issues from night trama and time off work and additional medical bills and treatment.

The calculation of missing work and having to resign from position $250,000 illness and lost of wages, resigning from position

Head pain that ultimately lead to brain surgery due to several aneurysms, blood pressure inconsistencies due to stress that was unnecessary, back and neck pain due to over working because of short staff and hostile work conditions along with harrassment

### Interrogatory #4

1) Dr. Allen Marchbank - Westview medical
   5040 N. 15th #100 Phoenix, AZ
   medical issues. sleep , headaches

2) Dr. Averfiez- Adelante Healthcare
   ... issues



Complaint #4 complained about "Esa" assault after not returning on time to the job site, which resulted in him pushing D'Andrea down and assaulting and verbally abusive harassment.

Interrogatory #2

Mental and emotional stress that cause severe Migraines and extreme headaches, body and bladder pain from holding urine, sleep issues from night trama and time off work and additional medical bills and treatment.

The calculation of missing work and having to resign from position $250,000 illness and lost of wages, resigning from position

Head pain that ultimately lead to brain surgery due to several aneurysms, blood pressure inconsistences due to stress that was unnecessary, back and neck pain due to over working because of short staff and hostile work conditions along with harassment

Interrogatory #4

1) Dr. Allen Marchbank - Westview medical
   5040 N. 15th #100 Phoenix, AZ -
   medical issues  sleep  headaches

2) Dr. Averlez- Adelante Healthcare
   7725 N 43rd Ave Phoenix, AZ 85051
   Head pain, stomach bladder pain, medical issues