Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C., #00504800
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

Attorneys for Defendant Airport Terminal Services, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>Defendant. | No. CV-20-00775-PHX-SMB<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40.2(d), Defendant Airport Terminal Services, Inc., by and through its undersigned counsel, notifies the Court that the parties resolved this matter at the settlement conference conducted on August 24, 2021. *See* Doc. 53. The resolution disposes of the entire case, and the parties anticipate filing a joint stipulation to dismiss this case with prejudice within 45 days. Airport Terminal Services respectfully asks that the Court vacate all current deadlines and court dates in this matter.

DATED this 27th day of August 2021.

>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
>By:  s/ Caroline Larsen
>Caroline Larsen
>Andrew Soukhome
>Esplanade Center III, Suite 800
>2415 East Camelback Road
>Phoenix, AZ 85016
>Attorneys for Defendant Airport Terminal Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also certify that, on the same date, I served the attached document by email and U.S. first-class mail, postage prepaid, on:

D'Andrea Turner
3842 W. Glendale Ave.
Phoenix, AZ 85051
dandrea75@gmail.com

*Plaintiff Pro Se*

s/ Bernadette Young

48295153.1

2