Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>   Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>   Defendant. | No. CV-20-00775-PHX-SMB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC. TO REPLY TO PLAINTIFF'S REPONSE TO DEFENDANT'S MOTION FOR SANCTIONS (FIRST REQUEST)** |

Defendant Airport Terminal Services, Inc. ("ATS") hereby moves the Court for an extension of time for ATS to file its Reply in support of its Motion for Sanctions (Doc. 51) until October 1, 2021. The parties resolved this matter at settlement conference conducted on August 24, 2021. (Docs. 53, 54). In order to avoid unnecessarily incurring attorneys' fees while the parties are finalizing the resolution, ATS respectfully asks that the Court postpone ATS' deadline to file a Reply in support of its Motion for Sanctions; or, in the alternative, vacate all current deadlines and court dates in this matter. Counsel for ATS asked Plaintiff of her position regarding this extension but did not receive a response prior to the deadline for filing. A proposed form of order is attached.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 3rd day of September 2021.

                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                By:  s/ Caroline Larsen
                      Caroline Larsen
                      Andrew Soukhome
                      2415 East Camelback Road, Suite 800
                      Phoenix, AZ 85016

*Attorneys for Defendant Airport Terminal Services, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also certify that, on the same date, I served the attached document by email and U.S. first-class mail, postage prepaid, on:

Dandrea Turner
3842 W. Glendale Ave.
Phoenix, AZ 85051
dandrea75@gmail.com

*Plaintiff Pro Se*

s/ Diane Kelly

48446352.1