## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court, having reviewed Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Extension of Time for ATS to Reply to Plaintiff's Response to Defendant's Motion for Sanctions, and for good cause shown,

IT IS ORDERED granting ATS until October 1, 2021 to reply to Plaintiff's Response to Defendant's Motion for Sanctions.

48446354.1