# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having reviewed Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Extension of Time for ATS to Reply to Plaintiff's Response to Defendant's Motion for Sanctions (Doc. 55) and for good cause shown,

**IT IS ORDERED** the Motion is granted. ATS shall have until **October 1, 2021** to reply to Plaintiff's Response to Defendant's Motion for Sanctions.

Dated this 8th day of September, 2021.

Honorable Susan M. Brnovich
United States District Judge