# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Dandrea Michelle Turner, | No. 2:20-cv-00775-SMB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Airport Terminal Services, Inc, | |
| Defendant. | |

The Court having considered Defendant's Motion to Enforce the Settlement Agreement, and good cause appearing,

IT IS ORDERED granting the Motion to Enforce the Settlement Agreement; and it is further

ORDERED that the Parties shall file a stipulation of dismissal by _____, 2021.

48778969.1