# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>    Plaintiff,<br><br>v.<br><br>Airport Terminal Services, Inc,<br><br>    Defendant. | No. 2:20-cv-00775-SMB<br><br>**[PROPOSED] ORDER** |

The Court having considered Defendant's Motion to File Settlement Agreement Under Seal, and good cause appearing,

IT IS ORDERED granting the Motion to File Settlement Agreement Under Seal.

48785819.1