Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>    Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>    Defendant. | No. CV-20-00775-PHX-SMB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC. TO REPLY TO PLAINTIFF'S REPONSE TO DEFENDANT'S MOTION FOR SANCTIONS (SECOND REQUEST)** |

Defendant Airport Terminal Services, Inc. ("ATS") hereby moves the Court for an additional extension of time for ATS to file its Reply in support of its Motion for Sanctions (Dkt. 51) until ten (10) days after this Court rules on ATS' Motion to Enforce the Settlement Agreement, filed on October 1, 2021. That Motion, if granted, shall render ATS' Motion for Sanctions moot.

As described in more detail in that Motion, the parties resolved this matter at settlement conference conducted on August 24, 2021. Dkt. 53, 54. Since that time, however, Plaintiff has refused to sign a written agreement memorializing that settlement. Thus, ATS seeks the Court's assistance to enforce the settlement agreement.

In order to avoid unnecessarily incurring attorneys' fees related to a Reply while the parties seek the Court's assistance to finalize the settlement, ATS respectfully asks that the

1  Court postpone ATS' deadline to file a Reply in support of its Motion for Sanctions; or, in
2  the alternative, vacate all current deadlines and court dates in this matter. In accordance
3  with Local Rule 7.3, Counsel for ATS asked Plaintiff of her position regarding this
4  extension and Plaintiff did not object. A proposed form of order is attached.

RESPECTFULLY SUBMITTED this 1st day of October 2021.

                                  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                  By:  s/ Caroline Larsen
                                         Caroline Larsen
                                         Andrew Soukhome
                                         2415 East Camelback Road, Suite 800
                                         Phoenix, AZ 85016

                                  *Attorneys for Defendant Airport Terminal Services, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also certify that, on the same date, I served the attached document by email and U.S. first-class mail, postage prepaid, on:

Dandrea Turner
3842 W. Glendale Ave.
Phoenix, AZ 85051
dandrea75@gmail.com

*Plaintiff Pro Se*

s/Bernadette Young

48778967.1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700