# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Dandrea Michelle Turner,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>　　　　　Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court, having reviewed Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Extension of Time for ATS to Reply to Plaintiff's Response to Defendant's Motion for Sanctions (Second Request), and for good cause shown,

IT IS ORDERED granting ATS until ten (10) days after this Court rules on ATS' Motion to Enforce the Settlement Agreement to file its Reply to Plaintiff's Response to Defendant's Motion for Sanctions.

48778968.1