# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court, having reviewed Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Extension of Time for ATS to Reply to Plaintiff's Response to Defendant's Motion for Sanctions (Doc. 60) and for good cause shown,

**IT IS ORDERED** granting the Motion.

**IT IS FURTHER ODERED** ATS has until ten (10) days after this Court rules on ATS' Motion to Enforce the Settlement Agreement to file its Reply to Plaintiff's Response to Defendant's Motion for Sanctions.

Dated this 5th day of October, 2021.

Honorable Susan M. Brnovich
United States District Judge