≡AO 435　Administrative Office of the United States Courts　FOR COURT USE ONLY
AZ Form (Rev. 10/2018)
**TRANSCRIPT ORDER**　DUE DATE:

| 1. NAME Caroline Larsen | 2. PHONE NUMBER (602) 778-3756 | 3. DATE 10/06/2021 |
|---|---|---|
| 4. FIRM NAME Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | | |
| 5. MAILING ADDRESS 2415 E. Camelback Road, Suite 800 | 6. CITY Phoenix | 7. STATE AZ  8. ZIP CODE 85016 |
| 9. CASE NUMBER 2:20-cv-00775-SMB | 10. JUDGE Camille D. Bibles | DATES OF PROCEEDINGS 11. August 24, 2021   12. |
| 13. CASE NAME Turner v. Airport Terminal Services, et al. | LOCATION OF PROCEEDINGS 14. Telephonic | 15. STATE Arizona |

**16. ORDER FOR**
- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) | Settlement; 8/24/2021 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☑ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS caroline.larsen@ogletree.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE s/ Caroline Larsen

20. DATE 10/6/2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**　COURT COPY　TRANSCRIPTION COPY　ORDER RECEIPT　ORDER COPY