Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **DEFENDANT'S MOTION TO UNSEAL SETTLEMENT CONFERENCE RECORDING** |
| vs. | |
| Airport Terminal Services, Inc., | |
| Defendant. | |

Defendant Airport Terminal Services, Inc. ("ATS") moves the Court to unseal and make available to the parties the CourtSmart recording of the settlement conference conducted by Magistrate Judge Camille D. Bibles on August 24, 2021. *See* Docs. 53, 65. The parties have been unable to agree regarding the settlement terms reached at the conference, which has impeded their ability to finalize a written settlement. ATS has sought the Court's assistance to enforce the settlement and anticipates that a review the recording of the conference (and/or a transcript of the recording) will verify the terms to which the parties agreed. Specifically, ATS seeks to review the Court's recording of the settlement conference to cite the same in its Reply in support of its pending Motion to Enforce Settlement Agreement, Doc. 57. Accordingly, ATS respectfully asks that the Court unseal the recording of the settlement conference for this limited purpose.

ATS is mindful of the confidential nature of settlement proceedings; however, any

concerns regarding confidentiality are counterbalanced by the fact that both parties seek access to the recording of the conference to try to resolve their disagreements regarding the settlement terms.[1] ATS does not make this request for any improper purpose, but instead to confirm the terms to which the parties agreed and either resolve their disputes regarding the same, or better inform the Court for the purpose of enforcing the settlement and bringing this case to a prompt conclusion.

A proposed form of Order is attached.

RESPECTFULLY SUBMITTED this 11th day of October 2021.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

        By:  s/ Caroline Larsen
            Caroline Larsen
            Andrew Soukhome
            2415 East Camelback Road, Suite 800
            Phoenix, AZ 85016

*Attorneys for Defendant Airport Terminal Services, Inc.*

---

[1] Plaintiff has also requested access to a transcript of the recording. Doc. 61.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also certify that, on the same date, I served the attached document by email and U.S. first-class mail, postage prepaid, on:

D'Andrea Turner
3842 W. Glendale Ave.
Phoenix, AZ 85051
dandrea75@gmail.com
*Plaintiff Pro Se*

I further certify that, on the same date, I sent the attached document by email to:

United States District Court – District of Arizona
bibles_chambers@azd.uscourts.gov

Jodie Cantor, JA to Magistrate Judge Camille D. Bibles
Jodie_Cantor@azd.uscourts.gov


s/ Bernadette Young

48867755.v1-Ogletree