**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Airport Terminal Services, Inc,<br><br>　　　　Defendant. | No.  2:20-cv-00775-SMB<br><br>**ORDER** |

　　　The Court having considered Defendant's Motion to Unseal Settlement Conference Recording, and good cause appearing,

　　　IT IS ORDERED granting the Motion to Unseal Settlement Conference Recording.

48867756.v1-Ogletree