Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: (602) 778-3700
caroline.larsen@ogletree.com
andrew.soukhome@ogletree.com

*Attorneys for Defendant Airport Terminal Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>  Plaintiff,<br><br>vs.<br><br>Airport Terminal Services, Inc.,<br><br>  Defendant. | No. CV-20-00775-PHX-SMB<br><br>**MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**(FIRST REQUEST)** |

Defendant Airport Terminal Services, Inc. ("ATS") moves the Court for an extension of time to file its Reply in support of its Motion to Enforce Settlement Agreement (Doc. 57) until seven (7) days after ATS receives the recording of the August 24, 2021 settlement conference, or alternatively, if the Court denies ATS' Motion to Unseal Settlement Conference Transcript, filed on October 8, 2021, seven (7) days after that ruling.

As described in more detail in ATS' Motion to Enforce Settlement Agreement, Magistrate Judge Camille D. Bibles advised the parties that the settlement conference was being recorded and that the recording could be referenced if necessary to confirm the settlement terms or Plaintiff's acceptance of the same. ATS has separately moved to unseal the recording of the settlement conference and intends to reference the transcript of the same in support of its Motion to Enforce Settlement Agreement.

In order to permit ATS the full opportunity to review the settlement conference transcript, ATS respectfully asks that the Court postpone ATS' deadline to file a Reply in support of its Motion to Enforce Settlement Agreement seven (7) days after ATS receives the recording of the August 24, 2021 settlement conference. Alternatively, if the Court denies ATS' Motion to Unseal Settlement Conference Transcript, filed on October 8, 2021, ATS asks that the Court postpone ATS' deadline to file a Reply in support of its Motion to Enforce Settlement Agreement until seven (7) days after that ruling.

In accordance with Local Rule 7.3, Counsel for ATS asked Plaintiff of her position regarding this extension, but Plaintiff did not respond. A proposed form of order is attached.

RESPECTFULLY SUBMITTED this 11th day of October 2021.

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  s/ Caroline Larsen
      Caroline Larsen
      Andrew Soukhome
      2415 East Camelback Road, Suite 800
      Phoenix, AZ 85016

*Attorneys for Defendant Airport Terminal Services, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing. I also certify that, on the same date, I served the attached document by email and U.S. first-class mail, postage prepaid, on:

D'Andrea Turner
3842 W. Glendale Ave.
Phoenix, AZ 85051
dandrea75@gmail.com

*Plaintiff Pro Se*

s/ Bernadette Young

48867753.v1-Ogletree

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602.778.3700