# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| vs. | |
| Airport Terminal Services, Inc., | |
| Defendant. | |

The Court, having reviewed Defendant Airport Terminal Services, Inc.'s ("ATS") Motion for Extension of Time to its Reply in support of Defendant's Motion to Enforce Settlement Agreement (First Request), and for good cause shown,

IT IS ORDERED granting ATS an extension of time until seven (7) days after ATS receives a copy of the August 24, 2021 settlement conference transcript, or seven (7) days after this Court denies ATS' Motion to Unseal Settlement Conference Transcript to file its Reply in support of Defendant's Motion to Enforce Settlement Agreement (Doc. 57).

48867754.v1-Ogletree