# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having considered Defendant's Motion to Unseal Settlement Conference Recording (Doc. 66) and for good cause shown,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.

Dated this 13th day of October, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge