# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>　　　　　Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having considered the Motion for Extension of Time for Defendant to File Reply in Support of Motion to Enforce Settlement Agreement (Doc. 67) and for good cause shown,

**IT IS HEREBY ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** granting ATS an extension of time until seven (7) days after ATS receives a copy of the August 24, 2021 settlement conference transcript, or seven (7) days after the Court denies ATS' Motion to Unseal Settlement Conference Transcript to file its Reply in support of Defendant's Motion to Enforce Settlement Agreement (Doc. 57).

Dated this 13th day of October, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge