# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>        Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated, et al.,<br><br>        Defendants. | No. CV 20-00775 PHX SMB<br><br>**ORDER** |

**IT IS ORDERED that** the motion at ECF No. 58 is **granted** and the document lodged under seal at ECF No. 59 shall remain under seal.

**IT IS FURTHER ORDERED that** the motion at ECF No. 66 is **denied**.

**IT IS FURTHER ORDERED that** no transcript of the settlement conference conducted August 24, 2021 shall be prepared or provided to any part at this time.

**IT IS FINALLY ORDERED that** counsel for Defendant and Plaintiff shall appear, **in person**, at a hearing on the motion at ECF No. 57 at **1:00 p.m.** on **Friday, October 29, 2021**, at the **Sandra Day O'Connor Courthouse**, 401 W. Washington Street in Phoenix, Arizona, in **Courtroom 604**.

Dated this 14th day of October, 2021.

_____
Camille D. Bibles
United States Magistrate Judge