# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV-20-00775-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Airport Terminal Services, et al., | |
| Defendants. | |

**IT IS ORDERED that** the hearing set for October 29, 2021, is **vacated.**

**IT IS FURTHER ORDERED that** counsel for Defendant and Plaintiff shall appear, in person, at a hearing on the motion at ECF No. 57 on Monday, November 22, 2021 at 2:00 p.m., at the Sandra Day O'Connor Courthouse, 401 W. Washington Street in Phoenix, Arizona.

Dated this 28th day of October, 2021.

_____
Camille D. Bibles
United States Magistrate Judge