D'Andrea Michelle Turner
New: 6325 N. 3rd Street
Phoenix, Arizona 85012
Phone: 480.843.6434
dandreat75@gmail.com
Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

D'Andrea Turner,

    Plaintiff,

vs.

Airport Terminal Services, Inc.

    Defendant.

No. 2:20-cv-00775-SMB

**MOTION FOR EXTENSION OF TIME RE: HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT SCHEDULED FOR FRIDAY, OCTOBER 29, 2021, WITH MAGISTRATE JUDGE, CAMILLE D. BIBLES (FIRST REQUEST)**

Plaintiff, Pro Se, D'Andrea M. Turner, hereby moves this Court for an extension of time Re: Order for Hearing (Doc. 72) Re: Defendant's Motion to Enforce Settlement Agreement (Doc. 57) for a period of not less than thirty (30) days. Good cause exists for the requested extension.

Plaintiff requests this extension first on the basis of her positive result from an October 21, 2021 COVID-19 test at the Arizona Medical Center. Because Plaintiff also recently suffered a brain aneurysm for which she was treated, including surgery, it was recommended that she follow-up with her Neurologist doctor. However, that doctor's office informed Plaintiff an appointment was not possible until November 11, 2021. Plaintiff subsequently made an appointment for an October 26, 2021 virtual appointment with her primary care physician, who recommended immediate emergency hospitalization treatment, which Plaintiff followed. She received overnight hospital emergency treatment, and was released the following day, with

Page 1

instructions to follow up with her treating physicians. However, until further orders from physicians regarding her allowed activities, Plaintiff does not know when, and under what medical conditions, she might be cleared to appear for an in-person hearing. Plaintiff agrees to submit follow-up reports from her physicians.

Secondly, Plaintiff also seeks additional time to adequately address issues raised by Defendant for the first time in Defendant's Reply (Doc. 74) to Plaintiff's Response (Doc. 62) to Defendant's Motion to Enforce Settlement Agreement (Doc. 57).

Pursuant to Local Rule 7.3, Defendant's consent to this motion was sought, Attorney for Defendant did not respond.

For Good Cause, Plaintiff requests that the Court grant this motion for an extension of not less than thirty (30) days for Hearing Re: Defendant's Motion to Enforce Settlement Agreement. Defendant should not be prejudiced.

A proposed Order is attached.

Plaintiff also gives notice of the following change of mailing address:

> Dandrea M. Turner
> 6325 N. 3rd Street
> Phoenix, Arizona 85012
> Ph: 480.843.6434
> email: dandreat75@gmail.com

Dated: 10/28/2021

Respectfully Submitted,

_D'Andrea M. Turner_
**D'Andrea M. Turner,**
Plaintiff, Pro Se

Page 2

**CERTIFICATE OF SERVICE**:

I hereby certify that on the __28__ day of __October__, __2021__, I transmitted the foregoing document by e-mail and U.S. Mail to:

Atty. Caroline Larsen,
Attorney for Defendant Airport Terminal Services, Inc.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.,
2415 E. Camelback Road, Suite 800
Phoenix, Arizona 85016
Caroline.larsen@ogletree.com

_/s/ D'Andrea Michelle Turner_
D'Andrea Michelle Turner,
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. 2:20-cv-00775-SMB |
| Plaintiff, | |
| v. | ORDER |
| Airport Terminal Services, Inc. | |
| Defendant. | |

The Court having considered Plaintiff's Motion for Extension of Time for Hearing Re: Defendant's Motion to Enforce Settlement Agreement, and good cause appearing;

IT IS ORDERED granting the Motion for Extension of Time for Hearing Re: Defendant's Motion to Enforce Settlement Agreement.