# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>        Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated, et al.,<br><br>        Defendants. | No. CV 20-00775 PHX SMB<br><br>**ORDER** |

Defendant's motion (ECF No. 57) to enforce the settlement agreement reached by the parties during a settlement conference has been referred to the undersigned Magistrate Judge. The motion at ECF No. 57 is fully pled. A hearing on the motion was set for October 29, 2021, but based on the Court's calendar, on October 28, 2021, the hearing was vacated and reset. The parties have been ordered to personally appear at the hearing, at the Sandra Day O'Connor Courthouse, at 2 p.m. on November 22, 2021.

On October 28, 2021, Plaintiff filed a motion (ECF No. 76) asking the Court to vacate the hearing set for the following day and asking the Court to reset the hearing for a date beyond November 29, 2021. Plaintiff seeks "additional time to adequately address issues raised by Defendant" in their reply in support of the motion at ECF No. 57. Plaintiff further asserts she was hospitalized overnight on October 27, 2021, and implies she has not been "cleared" for "an in-person hearing."

**IT IS ORDERED that** Plaintiff's motion at ECF No. 76 is **denied as moot** insofar as it asks the Court to vacate the hearing set for October 29, 2021.

**IT IS FURTHER ORDERED that** Plaintiff's motion at ECF No. 76 is **denied** insofar as it asks the Court to reset the hearing for a date beyond November 29, 2021.

Plaintiff is expected to appear at the hearing currently set for November 22, 2021, and no further pleading on the motion at ECF No. 57 will be allowed. Plaintiff is advised that, if she believes she will be medically unable to attend the hearing on November 22, 2021, she **must**, **no later than November 18, 2021**, **docket with the Court** and serve on Defendant a pleading or notice so indicating. If Plaintiff believes she is medically unable to attend the hearing she must **docket with the Court** and serve on Defendants **a signed statement from her treating physician on the physician's letterhead** so stating. Plaintiff is instructed that **ex parte communication with the Court, via email or telephone, will not be allowed** or suffice to excuse her from the hearing.

Should Plaintiff be unable to attend the hearing set for November 22, 2021 or should Plaintiff fail to appear at the hearing, the Court will enter a decision on Defendant's motion at ECF No. 57 without further proceedings on the motion.

Dated this 1st day of November, 2021.

_____
Camille D. Bibles
United States Magistrate Judge