# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. CV 20-00775 PHX SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Airport Terminal Services Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED that** the motion at ECF No. 57 is **denied**.

Dated this 29th day of November, 2021.

Camille D. Bibles
United States Magistrate Judge