Caroline Larsen, SBN 022547
Andrew Soukhome, SBN 036729
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
caroline.larsen@ogletree.com
andrew.soukhome@ogleetree.com

Attorneys for Defendant Airport Terminal Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner, | No. 2:20-cv-00775-SMB |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| Airport Terminal Services, Inc. | |
| Defendant. | |

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff D'Andrea Turner and Defendant Airport Terminal Services, Inc. stipulate and jointly move the Court to dismiss this action in its entirety, with prejudice, with each side to bear her/its own attorneys' fees and costs. A proposed Order is submitted herewith.

RESPECTFULLY SUBMITTED this 3rd day of January 2022.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: s/ Caroline Larsen
Caroline Larsen
Andrew Soukhome
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016

Attorneys for Defendant Airport Terminal Services, Inc.

D'ANDREA MICHELLE TURNER

By: s/ D'Andrea Michelle Turner (w/ permission)
3842 W. Glendale
Phoenix, AZ 85051
dandreat75@gmail.com

Plaintiff pro se

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of January 2022, I transmitted the foregoing document by email and first-class mail, postage prepaid, to:

D'Andrea Michelle Turner
3842 W. Glendale
Phoenix, AZ 85051
Dandreat75@gmail.com

*Plaintiff pro se*

s/ Diane Kelly

49737266.v1-OGLETREE

3