1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| D'Andrea Michelle Turner, | No. 2:20-cv-00775-SMB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Airport Terminal Services, Inc, | |
| Defendant. | |

The Court, having reviewed the parties' Stipulation to Dismiss with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation to Dismiss with Prejudice is granted. This action is hereby dismissed in its entirety, with prejudice, with each side to bear her/its own attorneys' fees and costs.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

49737267.v1-Ogletree