# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D'Andrea Michelle Turner,<br><br>  Plaintiff,<br><br>v.<br><br>Airport Terminal Services Incorporated,<br><br>  Defendant. | No. CV-20-00775-PHX-SMB<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 82) and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation to Dismiss with Prejudice is granted. This action is hereby dismissed in its entirety, with prejudice, with each side to bear her/its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 3rd day of January, 2022.

*[signature]*
Honorable Susan M. Brnovich
United States District Judge